| Account | Dispute ID | HCPC | Claim Number | Payor Grouping | Plan Sponsor | Plan Name | Decision Date | IDR award | Paid Amt as of 08.24.2026 | Balance Owed | ERISA? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 406852 | DISP-3241068 | A0431 | 20243397A1296 | BCBS KY | Kentucky Employees' Health Plan | N/A | 1/2/2026 | $35,601.61 | $28,676.25 | $6,925.36 | No |
| 409712 | DISP-1840206 | A0436 | 2024187QA1904 | BCBS KY | Lifepoint Health, Inc. | Lifepoint Health, Inc. Health Benefits Plan | 4/20/2026 | $35,328.93 | $14,783.31 | $20,545.62 | Yes |
| 412931 | DISP-4782544 | A0436 | 2025182CD8282 | BCBS KY | Walmart Inc. | Walmart Inc. Associates' Health and Welfare Plan | 5/7/2026 | $24,846.72 | $4,689.28 | $20,157.44 | Yes |
| 412931 | DISP-5893256 | A0431 | 2025182CD8282 | BCBS KY | Walmart Inc. | Walmart Inc. Associates' Health and Welfare Plan | 5/27/2026 | $35,601.61 | $11,328.46 | $24,273.15 | Yes |
| 420155 | DISP-2781935 | A0436 | 2024324CB9616 | BCBS KY | Fortner L. P. Gas Company, Inc. | Fortner L. P. Gas Company, Inc. Employee Health and Welfare Benefit Plan | 6/30/2026 | $29,505.48 | $5,495.25 | $24,010.23 | Yes |
| 422983 | DISP-4971490 | A0431 | 2024346EY1006 | BCBS KY | Sumiriko Tennessee, Inc. | Sumiriko Tennesse Health & Welfare Benefit Plan | 5/23/2026 | $31,446.63 | $11,328.46 | $20,118.17 | Yes |
| 423932 | DISP-4415424 | A0431 | 2024325ET8343 | BCBS KY | Amazon.com Services LLC | Group Health & Welfare Plan | 1/16/2026 | $35,601.61 | $11,328.46 | $24,273.15 | Yes |
| 426711 | DISP-4444719 | A0436 | 2025008EL7941 | BCBS KY | Mountain Comprehensive Health Corporation | Mountain Comprehensive Health Corporation Health and Welfare Plan | 1/12/2026 | $38,455.68 | $7,033.92 | $31,421.76 | Yes |
| 430193 | DISP-4915418 | A0431 | 2025071BV9019 | BCBS KY | Trustees of Central States, SE & SW Areas Health & Welfare Fund | Central States, SE & SW Areas Health & Welfare Plan Active Plan | 1/22/2026 | $36,733.40 | $15,459.82 | $21,273.58 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 431242 | DISP-5876852 | A0431 | 260210003700 | BCBS KY | ACA Exchange | N/A | 6/9/2026 | $36,733.40 | $18,805.39 | $17,928.01 | No |
| 431242 | DISP-5876853 | A0436 | 260210003700 | BCBS KY | ACA Exchange | N/A | 6/2/2026 | $14,420.88 | $4,446.36 | $9,974.52 | No |
| 432451 | DISP-4659935 | A0431 | 2025109BL0499 | BCBS KY | Kentucky Employees' Health Plan | N/A | 2/24/2026 | $36,733.40 | $14,790.96 | $21,942.44 | No |
| 433091 | DISP-4825853 | A0436 | 2025115CK8235 | BCBS KY | Kentucky Employees' Health Plan | N/A | 6/9/2026 | $11,199.50 | $2,966.25 | $8,233.25 | No |
| 433091 | DISP-5405414 | A0431 | 2025115CK8235 | BCBS KY | Kentucky Employees' Health Plan | N/A | 4/9/2026 | $42,009.05 | $17,300.20 | $24,708.85 | No |
| 434232 | DISP-4394393 | A0436 | 2025135BU2822 | BCBS KY | Unknown | Unknown | 1/8/2026 | $34,850.46 | $3,490.44 | $31,360.02 | Unknown |
| 435029 | DISP-4501519 | A0431 | 2025155CE7074 | BCBS KY | Trustees of Plumbers & Pipefitters Local 502 & 633 Health & Welfare Trust | Plumbers & Pipefitters Local 502 & 633 Health & Welfare Trust | 1/16/2026 | $36,733.40 | $16,371.36 | $20,362.04 | Yes |
| 435159 | DISP-5245811 | A0431 | 2025154CV3986 | BCBS KY | Baptist Healthcare System, Inc. | Baptist Health Health and Welfare Plan | 5/28/2026 | $36,733.40 | $28,199.89 | $8,533.51 | Yes |
| 435159 | DISP-5245812 | A0436 | 2025154CV3986 | BCBS KY | Baptist Healthcare System, Inc. | Baptist Health Health and Welfare Plan | 5/28/2026 | $19,227.84 | $3,482.40 | $15,745.44 | Yes |
| 436783 | DISP-4775854 | A0431 | 2025182BY6698 | BCBS KY | Humana, Inc. | Humana Welfare Benefit Plans | 1/16/2026 | $36,733.40 | $17,102.26 | $19,631.14 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 436888 | DISP-4828472 | A0431 | 2025181EP3798 | BCBS KY | Motherson DRSC Modules USA Inc. | Motherson DRSC Modules USA Inc. Employee Health and Welfare Benefit Plan | 1/28/2026 | $36,733.40 | $17,102.26 | $19,631.14 | Yes |
| 436888 | DISP-4839634 | A0436 | 2025181EP3798 | BCBS KY | Motherson DRSC Modules USA Inc. | Motherson DRSC Modules USA Inc. Employee Health and Welfare Benefit Plan | 1/30/2026 | $27,239.44 | $8,068.20 | $19,171.24 | Yes |
| 436981 | DISP-6037812 | A0431 | 2025227BW6312 | BCBS KY | Unknown | Unknown | 6/22/2026 | $36,733.40 | $17,102.26 | $19,631.14 | Unknown |
| 436981 | DISP-6037813 | A0436 | 2025227BW6312 | BCBS KY | Unknown | Unknown | 6/19/2026 | $27,239.44 | $8,068.20 | $19,171.24 | Unknown |
| 437335 | DISP-5400019 | A0431 | 2025210ER8674 | BCBS KY | Swedish Match North America LLC | Swedish Match North America Employee Group Insurance Plan | 6/10/2026 | $36,733.40 | $11,401.50 | $25,331.90 | Yes |
| 437335 | DISP-5400020 | A0436 | 2025210ER8674 | BCBS KY | Swedish Match North America LLC | Swedish Match North America Employee Group Insurance Plan | 6/10/2026 | $32,046.40 | $6,328.00 | $25,718.40 | Yes |
| 437344 | DISP-4232178 | A0431 | 2025196ET0321 | BCBS KY | Unknown | Unknown | 2/4/2026 | $36,733.40 | $28,683.53 | $8,049.87 | Yes |
| 437411 | DISP-5472464 | A0431 | 2025190CH5277 | BCBS KY | Appalachian Regional Healthcare System | Appalachian Regional Healthcare System Employee Group Health & Welfare Plan | 4/27/2026 | $36,733.40 | $17,102.26 | $19,631.14 | Yes |
| 437914 | DISP-5093736 | A0436 | 2025198CC0638 | BCBS KY | Holley Performance Products, Inc. | Holley Performance Products Employee Benefits Plan | 6/12/2026 | $38,455.68 | $7,593.60 | $30,862.08 | Yes |
| 438131 | DISP-5392758 | A0431 | 2025199CB4913 | BCBS KY | R J Corman Railroad Group, LLC | R J Corman Railroad Group, LLC Employee Health and Welfare Benefit Plan | 4/15/2026 | $36,733.40 | $17,102.26 | $19,631.14 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 438163 | DISP-5207568 | A0436 | 2025200CZ4091 | BCBS KY | ACA Exchange | N/A | 5/4/2026 | $13,219.14 | $3,915.45 | $9,303.69 | No |
| 438788 | DISP-4739706 | A0431 | 2025210EX2103 | BCBS KY | City of Ashland | City of Ashland Employee Health and Welfare Benefit Plan | 1/2/2026 | $36,733.40 | $11,401.50 | $25,331.90 | No |
| 438788 | DISP-4739707 | A0436 | 2025210EX2103 | BCBS KY | City of Ashland | City of Ashland Employee Health and Welfare Benefit Plan | 1/8/2026 | $42,862.06 | $8,463.70 | $34,398.36 | No |
| 438839 | DISP-5843127 | A0431 | 2025217FE8181 | BCBS KY | Ascension | Ascension SmartHealth Medical Plan | 5/29/2026 | $36,733.40 | $12,090.00 | $24,643.40 | Yes |
| 438839 | DISP-5843129 | A0436 | 2025217FE8181 | BCBS KY | Ascension | Ascension SmartHealth Medical Plan | 5/29/2026 | $58,484.68 | $17,828.06 | $40,656.62 | Yes |
| 439384 | DISP-4828882 | A0431 | 2025217FE2522 | BCBS KY | Kentucky Employees' Health Plan | N/A | 1/20/2026 | $36,733.40 | $17,102.26 | $19,631.14 | No |
| 439977 | DISP-4709553 | A0436 | 2025233ET3801 | BCBS KY | Swedish Match North America LLC | Swedish Match North America Employee Group Insurance Plan | 5/23/2026 | $33,648.72 | $9,966.60 | $23,682.12 | Yes |
| 440025 | DISP-4732031 | A0431 | 2025269EK2053 | BCBS KY | Harvest Express, Inc | Harvest Express, Inc Employee Health and Welfare Benefit Plan | 1/1/2026 | $36,733.40 | $17,102.26 | $19,631.14 | Yes |
| 440025 | DISP-4732032 | A0436 | 2025269EK2053 | BCBS KY | Harvest Express, Inc | Harvest Express, Inc Employee Health and Welfare Benefit Plan | 1/1/2026 | $27,640.02 | $8,186.85 | $19,453.17 | Yes |
| 440277 | DISP-4837618 | A0436 | 2025240CC5556 | BCBS KY | Toyota Motor North America, Inc. | Toyota Motor North America, Inc. Health and Welfare Benefit Plan | 4/17/2026 | $125,882.38 | $20,386.55 | $105,495.83 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 440277 | DISP-5664053 | A0431 | 2025240CC5556 | BCBS KY | Toyota Motor North America, Inc. | Toyota Motor North America, Inc. Health and Welfare Benefit Plan | 4/28/2026 | $42,009.05 | $28,683.53 | $13,325.52 | Yes |
| 441103 | DISP-5412779 | A0436 | 2025245BM7808 | BCBS KY | Baptist Healthcare System, Inc. | Baptist Health Health and Welfare Plan | 3/27/2026 | $20,159.10 | $3,264.75 | $16,894.35 | Yes |
| 441103 | DISP-6324562 | A0431 | 2025245BM7808 | BCBS KY | Baptist Healthcare System, Inc. | Baptist Health Health and Welfare Plan | 6/18/2026 | $42,009.05 | $28,683.53 | $13,325.52 | Yes |
| 441217 | DISP-5631414 | A0431 | 2025248EM2783 | BCBS KY | AHF, LLC dba AHF Products | AHF, LLC dba AHF Products Health and Welfare Plan | 6/12/2026 | $36,733.40 | $5,000.00 | $31,733.40 | No |
| 441217 | DISP-5631415 | A0436 | 2025248EM2783 | BCBS KY | AHF, LLC dba AHF Products | AHF, LLC dba AHF Products Health and Welfare Plan | 5/26/2026 | $26,838.86 | $2,010.00 | $24,828.86 | Yes |
| 441281 | DISP-4740736 | A0431 | 2025248EM2816 | BCBS KY | American Renal Management LLC | American Renal Management Welfare Benefit Plan | 1/5/2026 | $36,733.40 | $26,718.78 | $10,014.62 | Yes |
| 441281 | DISP-4740737 | A0436 | 2025248EM2816 | BCBS KY | American Renal Management LLC | American Renal Management Welfare Benefit Plan | 6/10/2026 | $26,838.86 | $4,860.85 | $21,978.01 | Yes |
| 441319 | DISP-5195916 | A0431 | 2025248EL2129 | BCBS KY | R J Corman Railroad Group, LLC | R J Corman Railroad Group, LLC Employee Health and Welfare Benefit Plan | 5/28/2026 | $36,733.40 | $16,613.64 | $20,119.76 | Yes |
| 441319 | DISP-5503410 | A0436 | 2025248EL2129 | BCBS KY | R J Corman Railroad Group, LLC | R J Corman Railroad Group, LLC Employee Health and Welfare Benefit Plan | 6/18/2026 | $42,862.06 | $12,695.55 | $30,166.51 | Yes |
| 441363 | DISP-4709991 | A0431 | 2025251EY7403 | BCBS KY | OrthoTennessee P.C. | OrthoTennessee P.C. Group Medical and Dental Plan | 4/17/2026 | $36,733.40 | $29,621.94 | $7,111.46 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 441363 | DISP-4709993 | A0436 | 2025251EY7403 | BCBS KY | OrthoTennessee P.C. | OrthoTennessee P.C. Group Medical and Dental Plan | 4/17/2026 | $31,645.82 | $5,913.94 | $25,731.88 | Yes |
| 441391 | DISP-5112405 | A0431 | 2025251FC3511 | BCBS KY | Charter Communications, Inc. | Charter Communications, Inc. Welfare Benefit Plan | 5/22/2026 | $36,733.40 | $28,289.45 | $8,443.95 | Yes |
| 441391 | DISP-5112406 | A0436 | 2025251FC3511 | BCBS KY | Charter Communications, Inc. | Charter Communications, Inc. Welfare Benefit Plan | 5/22/2026 | $31,245.24 | $5,839.08 | $25,406.16 | Yes |
| 441591 | DISP-5631727 | A0436 | 2025251CD0736 | BCBS KY | ACA Exchange | N/A | 6/12/2026 | $17,625.52 | $5,220.60 | $12,404.92 | No |
| 441791 | DISP-4749846 | A0431 | 2025258EP8115 | BCBS KY | City of Providence | City of Providence Employee Health and Welfare Benefit Plan | 1/4/2026 | $36,733.40 | $17,102.26 | $19,631.14 | No |
| 441791 | DISP-4749847 | A0436 | 2025258EP8115 | BCBS KY | City of Providence | City of Providence Employee Health and Welfare Benefit Plan | 1/3/2026 | $18,426.68 | $5,457.90 | $12,968.78 | No |
| 441933 | DISP-5347496 | A0436 | 2025260EQ9435 | BCBS KY | Lifepoint Health, Inc. | Lifepoint Health, Inc. Health Benefits Plan | 6/12/2026 | $20,429.58 | $6,051.15 | $14,378.43 | Yes |
| 442029 | DISP-5861829 | A0431 | 2025257BT5002 | BCBS KY | LG&E and KU Services Company | LG&E and KU Services Company Health and Welfare Benefit Plan | 6/1/2026 | $42,009.05 | $17,102.26 | $24,906.79 | Yes |
| 442310 | DISP-4890782 | A0431 | 2025273CN5701 | BCBS KY | Kentucky Employees' Health Plan | N/A | 1/17/2026 | $36,733.40 | $16,674.62 | $20,058.78 | No |
| 442377 | DISP-5521638 | A0431 | 2025262DR9213 | BCBS KY | Hall Enterprises LLC | Hall Enterprises LLC Employee Health and Welfare Benefit Plan | 4/17/2026 | $36,733.40 | $17,102.26 | $19,631.14 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 442377 | DISP-5594854 | A0436 | 2025262DR9213 | BCBS KY | Hall Enterprises LLC | Hall Enterprises LLC Employee Health and Welfare Benefit Plan | 4/27/2026 | $46,467.28 | $13,763.40 | $32,703.88 | Yes |
| 442386 | DISP-4692671 | A0436 | 2025262DZ7485 | BCBS KY | Kentucky Employees' Health Plan | N/A | 6/15/2026 | $18,026.10 | $3,368.70 | $14,657.40 | No |
| 442430 | DISP-4692993 | A0431 | 2025267EN4194 | BCBS KY | Highlands Diversified Services, Inc | Highlands Diversified Services Premium Payment Plan | 1/5/2026 | $36,733.40 | $14,692.74 | $22,040.66 | Yes |
| 442430 | DISP-4692994 | A0436 | 2025267EN4194 | BCBS KY | Highlands Diversified Services, Inc | Highlands Diversified Services Premium Payment Plan | 1/20/2026 | $25,637.12 | $7,593.60 | $18,043.52 | Yes |
| 442682 | DISP-4890425 | A0436 | 2025276ER6472 | BCBS KY | Pikeville Medical Center, Inc. | Pikeville Medical Center Group Insurance Plan | 1/27/2026 | $46,467.28 | $13,763.40 | $32,703.88 | Yes |
| 442682 | DISP-5923266 | A0431 | 2025276ER6472 | BCBS KY | Pikeville Medical Center, Inc. | Pikeville Medical Center Group Insurance Plan | 6/5/2026 | $36,733.40 | $11,115.07 | $25,618.33 | Yes |
| 442766 | DISP-5027722 | A0431 | 2025274FS3315 | BCBS KY | Kentucky Employees' Health Plan | N/A | 2/5/2026 | $36,733.40 | $17,102.26 | $19,631.14 | No |
| 442804 | DISP-4905138 | A0431 | 2025274FS6621 | BCBS KY | Kentucky Employees' Health Plan | N/A | 2/4/2026 | $42,009.05 | $11,401.50 | $30,607.55 | No |
| 443165 | DISP-5196023 | A0431 | 2025276EQ4574 | BCBS KY | Gray, Inc. | Gray, Inc Group Benefit Plan | 5/28/2026 | $36,733.40 | $27,102.26 | $9,631.14 | Yes |
| 443165 | DISP-5196024 | A0436 | 2025276EQ4574 | BCBS KY | Gray, Inc. | Gray, Inc Group Benefit Plan | 5/28/2026 | $21,631.32 | $6,407.10 | $15,224.22 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 443179 | DISP-5336632 | A0431 | 2025275CF3147 | BCBS KY | American Water Works Company, Inc. | Group Insurance Plan for Active Employees of American Water Works Co., Inc & Its Designated | 6/12/2026 | $36,733.40 | $29,596.94 | $7,136.46 | Yes |
| 443179 | DISP-5336633 | A0436 | 2025275CF3147 | BCBS KY | American Water Works Company, Inc. | Group Insurance Plan for Active Employees of American Water Works Co., Inc & Its Designated | 6/12/2026 | $21,631.32 | $4,042.44 | $17,588.88 | Yes |
| 443686 | DISP-5139385 | A0431 | 2025284BJ6071 | BCBS KY | Nucor Corporation | Nucor Corporation Group Life & Health Insurance Plan for all Employees | 3/24/2026 | $42,009.05 | $17,102.26 | $24,906.79 | Yes |
| 443686 | DISP-6108897 | A0436 | 2025284BJ6071 | BCBS KY | Nucor Corporation | Nucor Corporation Group Life & Health Insurance Plan for all Employees | 6/24/2026 | $20,159.10 | $5,339.25 | $14,819.85 | Yes |
| 443844 | DISP-5892583 | A0436 | 2025291CF1925 | BCBS KY | Kentucky Employees' Health Plan | N/A | 6/11/2026 | $68,988.92 | $12,181.40 | $56,807.52 | No |
| 444157 | DISP-5457529 | A0431 | 2025302FB9449 | BCBS KY | Kentucky Employees' Health Plan | N/A | 4/24/2026 | $36,733.40 | $16,485.42 | $20,247.98 | No |
| 444510 | DISP-5362181 | A0436 | 2025296BT4472 | BCBS KY | R & L Carriers, Inc. | R & L Carriers Group Benefits Plan | 6/12/2026 | $51,517.70 | $9,096.50 | $42,421.20 | Yes |
| 444673 | DISP-5456294 | A0431 | 2025328DD5930 | BCBS KY | Nally & Hamilton Enterprises, Inc. | Nally & Hamilton Health and Welfare Benefits Plan | 4/24/2026 | $36,733.40 | $17,102.26 | $19,631.14 | Yes |
| 444673 | DISP-5456295 | A0436 | 2025328DD5930 | BCBS KY | Nally & Hamilton Enterprises, Inc. | Nally & Hamilton Health and Welfare Benefits Plan | 4/24/2026 | $60,087.00 | $17,797.50 | $42,289.50 | Yes |
| 444746 | DISP-5165733 | A0431 | 2025301BS5700 | BCBS KY | Baptist Healthcare System, Inc. | Baptist Health Health and Welfare Plan | 5/22/2026 | $36,733.40 | $20,717.86 | $16,015.54 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 445074 | DISP-5389464 | A0431 | 2025308FG0727 | BCBS KY | Kentucky Employees' Health Plan | N/A | 6/10/2026 | $36,733.40 | $17,249.81 | $19,483.59 | No |
| 445074 | DISP-5389648 | A0436 | 2025308FG0727 | BCBS KY | Kentucky Employees' Health Plan | N/A | 5/28/2026 | $26,438.28 | $7,830.90 | $18,607.38 | No |
| 445115 | DISP-5112574 | A0431 | 2025304CD8209 | BCBS KY | University of Kentucky | University of Kentucky Employee Health and Welfare Benefit Plan | 5/22/2026 | $36,733.40 | $9,042.99 | $27,690.41 | No |
| 445115 | DISP-5112575 | A0436 | 2025304CD8209 | BCBS KY | University of Kentucky | University of Kentucky Employee Health and Welfare Benefit Plan | 5/22/2026 | $30,444.08 | $6,011.60 | $24,432.48 | No |
| 445227 | DISP-5311507 | A0436 | 2025324CH4985 | BCBS KY | Kentucky Employees' Health Plan | N/A | 4/13/2026 | $35,651.62 | $10,559.85 | $25,091.77 | No |
| 445456 | DISP-5399810 | A0431 | 2025328DE4188 | BCBS KY | Boyd Company | Boyd Company Insurance Plan | 6/10/2026 | $36,733.40 | $17,102.26 | $19,631.14 | Yes |
| 445456 | DISP-5399811 | A0436 | 2025328DE4188 | BCBS KY | Boyd Company | Boyd Company Insurance Plan | 4/23/2026 | $26,838.86 | $7,949.55 | $18,889.31 | Yes |
| 445857 | DISP-5311081 | A0436 | 2025316EM1791 | BCBS KY | Baptist Healthcare System, Inc. | Baptist Health Health and Welfare Plan | 3/27/2026 | $31,645.82 | $5,913.94 | $25,731.88 | Yes |
| 446237 | DISP-5684683 | A0431 | 2025324CI0076 | BCBS KY | Kentucky Employees' Health Plan | N/A | 4/28/2026 | $42,009.05 | $17,102.26 | $24,906.79 | No |
| 446237 | DISP-5936326 | A0436 | 2025324CI0076 | BCBS KY | Kentucky Employees' Health Plan | N/A | 6/8/2026 | $10,303.54 | $2,728.95 | $7,574.59 | No |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 446403 | DISP-5336106 | A0431 | 2025324CH4967 | BCBS KY | Hitachi Astemo Americas, Inc. | Astemo Health & Welfare Plan | 6/12/2026 | $36,733.40 | $17,102.26 | $19,631.14 | Yes |
| 446403 | DISP-5336108 | A0436 | 2025324CH4967 | BCBS KY | Hitachi Astemo Americas, Inc. | Astemo Health & Welfare Plan | 6/12/2026 | $34,850.46 | $10,322.55 | $24,527.91 | Yes |
| 447230 | DISP-5578260 | A0431 | 25339E0A5F01 | BCBS KY | Unknown | Unknown | 5/4/2026 | $36,733.40 | $19,404.24 | $17,329.16 | Unknown |
| 447230 | DISP-5578261 | A0436 | 25339E0A5F01 | BCBS KY | Unknown | Unknown | 6/12/2026 | $24,835.96 | $7,901.28 | $16,934.68 | Unknown |
| 448449 | DISP-5630021 | A0431 | 2025363DW3915 | BCBS KY | Progressive Educational Program Inc. | Progressive Educational Program Inc. Employee Health and Welfare Benefit Plan | 6/11/2026 | $36,733.40 | $11,401.50 | $25,331.90 | Yes |
| 448449 | DISP-5630022 | A0436 | 2025363DW3915 | BCBS KY | Progressive Educational Program Inc. | Progressive Educational Program Inc. Employee Health and Welfare Benefit Plan | 6/11/2026 | $28,441.18 | $5,616.10 | $22,825.08 | Yes |
| 448771 | DISP-5990266 | A0431 | 2026022CH4815 | BCBS KY | The Boler Company | The Boler Company Welfare Benefit Plan | 6/16/2026 | $36,733.40 | $17,102.26 | $19,631.14 | Yes |
| 449214 | DISP-6038489 | A0431 | 2026013DQ3152 | BCBS KY | Y-12 Federal Credit Union | Group Medical Plan | 6/22/2026 | $37,707.98 | $23,725.00 | $13,982.98 | Yes |
| 449214 | DISP-6038490 | A0436 | 2026013DQ3152 | BCBS KY | Y-12 Federal Credit Union | Group Medical Plan | 6/22/2026 | $28,372.80 | $4,140.69 | $24,232.11 | Yes |
| 449251 | DISP-5901274 | A0431 | 2026022CF2104 | BCBS KY | Stream Restoration Specialists, LLC | Stream Restoration Specialists, LLC Employee Health and Welfare Benefit Plan | 6/10/2026 | $37,707.98 | $17,055.81 | $20,652.17 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 449251 | DISP-5901275 | A0436 | 2026022CF2104 | BCBS KY | Stream Restoration Specialists, LLC | Stream Restoration Specialists, LLC Employee Health and Welfare Benefit Plan | 6/4/2026 | $68,259.20 | $20,090.98 | $48,168.22 | Yes |
| 449268 | DISP-6243680 | A0436 | 2026015FL6944 | BCBS KY | MAC Metal Sales Inc. | MAC Metal Sales Inc. Employee Health and Welfare Benefit Plan | 6/19/2026 | $27,961.60 | $8,230.04 | $19,731.56 | Yes |
| 449965 | DISP-5901621 | A0431 | 2026023EO8958 | BCBS KY | Unknown | Unknown | 6/9/2026 | $37,707.98 | $16,541.58 | $21,166.40 | Unknown |
| 449965 | DISP-5901622 | A0436 | 2026023EO8958 | BCBS KY | Unknown | Unknown | 6/10/2026 | $20,560.00 | $5,932.50 | $14,627.50 | Unknown |
| 450399 | DISP-5990657 | A0431 | 2026033EM5798 | BCBS KY | Go-Hire Employment and Development Inc. | Go-Hire Employment and Development Inc. Welfare and Benefit Plan | 6/17/2026 | $37,707.98 | $17,555.81 | $20,152.17 | Yes |
| 450399 | DISP-5990658 | A0436 | 2026033EM5798 | BCBS KY | Go-Hire Employment and Development Inc. | Go-Hire Employment and Development Inc. Welfare and Benefit Plan | 6/9/2026 | $69,081.60 | $20,333.04 | $48,748.56 | Yes |
| 450704 | DISP-6198382 | A0431 | 2026045CJ1877 | BCBS KY | Kentucky Employees' Health Plan | N/A | 6/30/2026 | $43,123.60 | $17,555.81 | $25,567.79 | No |
| 450714 | DISP-6038765 | A0431 | 2026045CI3644 | BCBS KY | Southeastern Kentucky Rehabilitation Industries, Inc. | Southeastern Kentucky Rehabilitation Industries, Inc Employee Benefits Plan | 6/22/2026 | $37,707.98 | $17,555.81 | $20,152.17 | Yes |
| 450714 | DISP-6038766 | A0436 | 2026045CI3644 | BCBS KY | Southeastern Kentucky Rehabilitation Industries, Inc. | Southeastern Kentucky Rehabilitation Industries, Inc Employee Benefits Plan | 6/19/2026 | $44,820.80 | $13,192.27 | $31,628.53 | Yes |
| 451187 | DISP-6107657 | A0431 | 2026049DB4025 | BCBS KY | Elite Welding & Industrial Services, LLC | Elite Welding & Industrial Services, LLC Employee Health and Welfare Benefit Plan | 6/15/2026 | $37,707.98 | $14,511.55 | $23,196.43 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 451187 | DISP-6107659 | A0436 | 2026049DB4025 | BCBS KY | Elite Welding & Industrial Services, LLC | Elite Welding & Industrial Services, LLC Employee Health and Welfare Benefit Plan | 6/17/2026 | $29,606.40 | $8,714.16 | $20,892.24 | Yes |
| 451321 | DISP-6281957 | A0436 | 2026049DB3202 | BCBS KY | Hitachi Astemo Americas, Inc. | Astemo Health & Welfare Plan | 6/19/2026 | $50,988.80 | $15,007.72 | $35,981.08 | Yes |
| 451532 | DISP-6106383 | A0431 | 2026048ES8785 | BCBS KY | ACA Exchange | N/A | 5/28/2026 | $37,707.98 | $17,555.81 | $20,152.17 | No |
| 451532 | DISP-6106385 | A0436 | 2026048ES8785 | BCBS KY | ACA Exchange | N/A | 6/10/2026 | $15,625.60 | $4,599.14 | $11,026.46 | No |
| 452098 | DISP-6335605 | A0431 | 2026059BS5011 | BCBS KY | Worldwide Equipment Enterprises, Inc. and Subsidiaries | Worldwide Equipment Enterprises, Inc. and Subsidiaries Employee Benefits Plan | 6/18/2026 | $37,707.98 | $12,323.43 | $25,384.55 | Yes |
| 452806 | DISP-6336105 | A0431 | 2026063CN0298 | BCBS KY | Compass Group USA, Inc. | Employee Benefit Plan of the Compass Group USA, Inc. | 6/18/2026 | $37,707.98 | $28,690.57 | $9,017.41 | Yes |
| 452806 | DISP-6336106 | A0436 | 2026063CN0298 | BCBS KY | Compass Group USA, Inc. | Employee Benefit Plan of the Compass Group USA, Inc. | 6/18/2026 | $37,830.40 | $11,134.76 | $26,695.64 | Yes |

Total: $2,595,667.39