**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT**
**OF KENTUCKY**

**PHI HEALTH, LLC**

Plaintiff,

v.

**ANTHEM INSURANCE COMPANIES, INC., ANTHEM HEALTH PLANS OF KENTUCKY, INC., AHF, LLC D/B/A AHF PRODUCTS, AMAZON.COM SERVICES LLC, AMERICAN RENAL MANAGEMENT LLC, AMERICAN WATER WORKS COMPANY, INC., APPALACHIAN REGIONAL HEALTHCARE SYSTEM, ASCENSION, BAPTIST HEALTHCARE SYSTEM, INC., THE BOLER COMPANY, BOYD COMPANY, CHARTER COMMUNICATIONS, INC., CITY OF ASHLAND, CITY OF PROVIDENCE, COMPASS GROUP USA, INC., ELITE WELDING & INDUSTRIAL SERVICES, LLC, FORTNER L. P. GAS COMPANY, INC., GO-HIRE EMPLOYMENT AND DEVELOPMENT INC., GRAY, INC., HALL ENTERPRISES LLC, HARVEST EXPRESS, INC., HIGHLANDS DIVERSIFIED SERVICES, INC., HITACHI ASTEMO AMERICAS, INC., HOLLEY PERFORMANCE PRODUCTS, INC., HUMANA INC., KENTUCKY EMPLOYEES' HEALTH PLAN, LG&E AND KU SERVICES COMPANY, LIFEPOINT HEALTH, INC., MAC METAL SALES INC., MOTHERSON DRSC MODULES USA INC., MOUNTAIN COMPREHENSIVE HEALTH CORPORATION, NALLY & HAMILTON ENTERPRISES, INC., NUCOR CORPORATION, ORTHOTENNESSEE P.C., PIKEVILLE MEDICAL CENTER, INC., PROGRESSIVE EDUCATIONAL PROGRAM INC., R & L CARRIERS, INC., R J CORMAN RAILROAD GROUP, LLC, SOUTHEASTERN KENTUCKY REHABILITATION INDUSTRIES, INC., STREAM RESTORATION SPECIALISTS, LLC, SUMIRIKO TENNESSEE, INC., SWEDISH MATCH NORTH AMERICA LLC, TOYOTA MOTOR NORTH AMERICA, INC., TRUSTEES OF CENTRAL STATES, SE & SW AREAS HEALTH & WELFARE FUND, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL 502 & 633 HEALTH & WELFARE TRUST, UNIVERSITY OF KENTUCKY, WALMART INC., WORLDWIDE EQUIPMENT ENTERPRISES, INC. AND SUBSIDIARIES, Y-12 FEDERAL CREDIT UNION AND THE HEALTH AND WELFARE BENEFITS PLANS SPONSORED BY THEM,**

Defendants.

Case No. 3:26-cv-00800-RGJ

**NOTICE TO ISSUE SUMMONS FOR MULTIPLE DEFENDANTS**

Plaintiff, PHI Health, LLC (hereinafter "PHI"), submits the following Notice to Issue Summons for Multiple Defendants. Specifically, enclosed in the attachment, PHI is submitting ninety-five (95) summons, which it is respectfully requesting the Clerk to issue, one for each named Defendant.

Respectfully submitted,

THE ZOPPOTH LAW FIRM

/s/ *Bradley S. Zoppoth*
Bradley S. Zoppoth
Mitchell E. Esterle
6510 Glenridge Park Place, Suite 1
Louisville, KY 40222
(502) 568-8884
bsz@zoplaw.com
mee@zoplaw.com

*Counsel for the Plaintiff, PHI Health, LLC*

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and accurate copy of the foregoing was on this October 7, 2026, filed electronically and a notice of electronic filing will be sent to all counsel of record filing herein.

*/s/ Bradley S. Zoppoth*
Bradley S. Zoppoth